UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Siemens Industry, Inc.,

                Plaintiff,

-against-

Great Midwest Insurance Company,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2024
```

1:23-cv-05046 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Based upon the Court's careful review of the Letter Motion filed by Defendant/Counterclaimant Great Midwest Insurance Company ("GMIC") (Def.'s 5/23/24 Ltr. Mot., ECF No. 56), the opposition filed by Plaintiff/Counterclaim-defendant Siemens Industry, Inc. ("Siemens") (Pl.'s 5/29/24 Opp'n Ltr., ECF No. 58) and GMIC's reply (Def.'s 5/30/24 Reply, ECF No. 59), with respect to the issue of expert discovery, the Court, in its discretion, hereby rules as follows:

    1. GMIC is granted leave to serve its expert report no later than June 7, 2024, which is the current deadline for the completion of expert discovery. (*See* Am. Case Management Plan, ECF No. 27, ¶ 9(d).)

    2. The deadline for the completion of expert discovery is extended until June 21, 2024, for the limited purpose of permitting Siemens to take the deposition of GMIC's expert.

The Court will issue a separate Order with respect to GMIC's Letter Motion's second request for relief pertaining to the production of documents.

**SO ORDERED.**

2

Dated:       New York, New York
              May 31, 2024

                                                                              _____
                                                                            STEWART D. AARON
                                                                            United States Magistrate Judge

2